**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**BANK OF AMERICA N.A.,**

      **Plaintiff,**       **:**

                              **Case No. 2:25-cv-990**
      **v.**                  **Chief Judge Sarah D. Morrison**
                              **Magistrate Judge Kimberly A.**
                              **Jolson**

**SAMUEL D. WILLIAMS,**       **:**

      **Defendant.**

## ORDER

In October 2025, this Court concluded that it lacked subject-matter jurisdiction over the instant action and remanded it to state court. (ECF No. 15.) Samuel D. Williams filed a Notice of Appeal (ECF No. 21) and a Motion for Leave to Appeal *in forma pauperis* (ECF No. 26).

"[A] party to a district-court action who desires to appeal *in forma pauperis* must file a motion in the district court." Fed. R. App. P. 24(a)(1). The party must attach an affidavit that:

(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

(B) claims an entitlement to redress; and

(C) states the issues that the party intends to present on appeal.

*Id*. Mr. Williams attached an affidavit to his Motion, but it is not in the prescribed form and does not include the necessary information. (*Compare* ECF No. 26, and Sixth Circuit Court of Appeals Form 4 – Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis.)

More troubling, Mr. Williams asserts that he has no money to pay the filing fee because he "ha[s] no gold or silver," which is the only "lawful money." (ECF No. 26, PAGEID # 303.) Keeping to that theory, Mr. Williams represents that he is not and never has been employed; has not received any income from any source in the last 12 months; has no cash on hand or in an account; and has no real estate, stocks, bonds, notes, or other property. He then represents that he has no creditors – a bold claim for Mr. Williams to make, considering this is one of several debt collection actions he has recently removed to this Court. *See, e.g., American Express National Bank v. Williams,* No. 2:25-cv-916-MHW-KAJ (S.D. Ohio filed Aug. 14, 2025), *Kiavi Funding, Inc. v. Strategically Acquiring Property, LLC*, No. 2:25-cv-966-ALM-SCS (S.D. Ohio filed Aug. 26, 2025), *Bank of America N.A. v. Williams*, No. 2:25-cv-990-SDM-KAJ (S.D. Ohio filed Sept. 2, 2025), *American Express National Bank v. Williams*, No. 2:25-cv-1411-SDM-KAJ (S.D. Ohio filed Dec. 2, 2025).

Mr. Williams's Motion is thus **DENIED without prejudice**. If Mr. Williams wants to proceed on appeal *in forma pauperis*, he must re-file his motion with an affidavit that is (i) in the correct form (available online at www.ca6.uscourts.gov/sites/ca6/files/documents/forms/IfpForm4.pdf) and (ii) complete and accurate as to Mr. Williams's assets and liabilities (as measured in U.S. dollars).

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

2